IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1116-AP**

**SUSAN PAULSON,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #14), filed December 22, 2009, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  December 22, 2009.

                                   BY THE COURT:

                                   *s/John L. Kane*
                                   JOHN L. KANE, SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT