IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-1116-AP**

**SUSAN PAULSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

---

Kane, J.

The Stipulated Motion for Attorney Fee pursuant to the Equal Access to Justice Act, (doc. #19), filed January 21, 2010, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$4,300.00**.

Dated at Denver, Colorado, this 21st day of January, 2010.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT